Submitted on brief October 13, affirmed October 22, 1915.

## SINGLETON *v.* RHODES.

(152 Pac. 266.)

**Appeal and Error—Review—Findings.**

1. A finding of the trial court supported by a preponderance of evidence must be upheld on appeal.

From Linn: WILLIAM GALLOWAY, Judge.

In Banc.   Statement by MR. JUSTICE EAKIN.

This is a suit by S. H. Singleton against E. H. Rhodes to foreclose a mechanic's lien.

The answer says the contract was for $30, and that the work was not performed in accordance therewith, but he tendered $30, and brought that sum into court as full payment. The court below heard the testimony, and entered a decree for the amount claimed and for $20 as attorney's fee.                   AFFIRMED.

For appellant there was a brief by *Mr. William S. Risley.*

For respondent there was a brief over the name of *Mr. Dan Johnston.*

MR. JUSTICE EAKIN delivered the opinion of the court.

Only a question of fact is involved. The court below saw the witnesses and heard their testimony. This we have read, and find that the preponderance is with the plaintiff.

The decree is therefore affirmed.      AFFIRMED.

---

Motion to dismiss argued September 22, allowed October 22, 1915.